UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, AND SELF-INSURED SCHOOLS OF CALIFORNIA DBA SISC III,<br><br>       Plaintiffs,<br><br>  v.<br><br>ADVANCED WOMEN'S HEALTH CENTER, INC., ADVANCED HEALTH GROUP, INC. AND JASON HELLIWELL, M.D.,<br><br>       Defendants. | Case No: 1:15-cv-01133-JLT<br><br>**[**~~PROPOSED~~**] ORDER GRANTING STIPULATION TO STAY ACTION**<br><br>(Doc. 5) |

Based upon the stipulation of the parties, the Court **ORDERS:**

1. The stipulation of the parties to stay this matter (Doc. 5) is **GRANTED**;

2. Every 120 days and no later than 30 days after the issuance of the decision issued by the Ninth Circuit of the case entitled, <u>Advanced Women's Health Center, Inc. v. Anthem Blue Cross Life and Health Insurance Company</u>, United States District Court, Eastern District Case No.: 1:13-cv-01145-AWI-JLT (9th Circuit Case No.: 14-16612) counsel **SHALL** file a joint status report;

3. That, in entering into this stipulation to stay this action, the parties reserve all their rights in this action including, without limitation, Plaintiffs' right to file a motion for remand within 30 days after the stay is lifted; and

///

1    4.    All statutes of limitations are tolled from the date of the commencement of this action.

IT IS SO ORDERED.

Dated:   **August 17, 2015**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Based upon the stipulation of the parties, the Court **ORDERS:**

1. The stipulation of the parties to stay this matter (Doc. 5) is GRANTED;

2. Every 120 days and no later than 30 days after the issuance of the decision issued by the Ninth Circuit of the case entitled, <u>Advanced Women's Health Center, Inc. v. Anthem Blue Cross Life and Health Insurance Company</u>, United States District Court, Eastern District Case No.:  1:13-cv-01145-AWI-JLT (9th Circuit Case No.: 14-16612) counsel SHALL file a joint status report;

3. That, in entering into this stipulation to stay this action, the parties reserve all their rights in this action including, without limitation, PLAINTIFFS' right to bring a motion for remand within 30 days after the decision is rendered in the appeal of <u>Advanced Women's Health Center, Inc. v. Anthem Blue Cross Life and Health Insurance Company;</u> and

4. All statutes of limitations are tolled from the date of the commencement of this action.