| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; SELF-INSURED SCHOOLS OF CALIFORNIA, d/b/a SISC III,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED WOMEN'S HEALTH CENTER INC.; ADVANCED HEALTH GROUP, INC.; and JASON HELLIWELL, M.D.,<br><br>Defendants. | No. 1:15-cv-01133-DAD-JLT<br><br>ORDER REMANDING ACTION TO STATE COURT PURSUANT TO STIPULATION<br><br>(Doc. Nos. 14, 19) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On July 20, 2015, defendants removed this action to this federal court from the Kern County Superior Court. (Doc. No. 1.) On May 11, 2017, plaintiffs filed a motion to remand based upon the court's lack of federal jurisdiction in light of the Ninth Circuit's recent decision in *DB Healthcare, LLC v. Blue Cross Blue Shield of Arizona, Inc.*, 852 F.3d 868 (9th Cir. 2017). (Doc. No. 14-1 at 6–8.) Subsequently, on June 5, 2017, the parties filed a stipulation to remand this action back to the Kern County Superior Court. (Doc. No. 19.)

Accordingly,

1) Good cause appearing and pursuant to the parties' stipulation, this action, which was originally assigned Case No. S-1500-CV-284725 in the Kern County Superior Court,

1

is remanded back to the Kern County Superior Court;

2) The pending motion to remand (Doc. No. 14) is terminated as having been rendered moot by this order; and

3) The Clerk of the Court is directed to close the federal action.

IT IS SO ORDERED.

Dated: **June 5, 2017**

UNITED STATES DISTRICT JUDGE